■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEL POWELL, Also Known as GERMAINE ELLISON, Also Known as SPLIFF, Appellant. [935 NYS2d 267]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Carni, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL W. TIMMONS, Appellant. [935 NYS2d 267]—Motion for writ of error coram nobis denied. Present—Fahey, J.P., Green, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY R. THOMAS, Appellant. [935 NYS2d 267]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Green, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHRIS APPLEWHITE, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [935 NYS2d 266]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Carni, Lindley and Martoche, JJ.

■ MARGARET BEVAN, Appellant, v DESMOND MURRAY et al., Respondents. DESMOND MURRAY et al., Third-Party Plaintiffs-Respondents, v GRAYWOOD PROPERTIES, LLC, Third-Party Defendant-Respondent. [935 NYS2d 266]—Motions for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Carni, Green and Gorski, JJ.

■ THE ONEIDA INDIAN NATION, a Sovereign Nation, Appellant and Third-Party Plaintiff, v HUNT CONSTRUCTION GROUP, INC., Respondent. BRENNAN BEER GORMAN/ARCHITECTS, LLP, Third-Party Defendant and Fourth-Party Plaintiff-Respondent. BERTINO & ASSOCIATES, INC., Fourth-Party Defendant-Appellant, and STEVEN FELLER, P.E., et al., Fourth-Party Defendants-Respondents, et al., Fourth-Party Defendants. [935 NYS2d 267]—Motions for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Carni, Green and Gorski, JJ.

■ In the Matter of ANTHONY SCRO, Respondent, v BOARD OF EDUCATION OF JORDAN-ELBRIDGE CENTRAL SCHOOL DISTRICT et al., Appellants. [935 NYS2d 267]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Gorski and Martoche, JJ.